# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL CLARK CHICQUELO,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM J. BRATTON, *et al.*,<br><br>    Defendants. | Case No. CV 10-1831 JHN (JCG)<br><br>JUDGMENT |

IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the above-captioned action is DISMISSED WITHOUT PREJUDICE.

Dated: May 17, 2011

_____
HON. JACQUELINE NGUYEN
UNITED STATES DISTRICT JUDGE